UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Kou Lee, Sui Juris
1835 E Edgewood Dr #105
Appleton, WI 54913
Phone: (715) 889-4026
Email: kouster645@hotmail.com

Plaintiff,

v.    Case No. to be assigned  25-CV-1249

Hon. Vincent R. Biskupic, Circuit Court Judge
Elysia Beth Nguyen, Assistant District Attorney
Chuck M. Stertz, Outagamie County official
Samatha Hoffer, Probation Officer
Clerk(s) of Court – Outagamie County
Officer Mulroy, Outagamie County Sheriff's Department
Outagamie County

Defendants.

## COMPLAINT UNDER 42 U.S.C. § 1983

### I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.
2. Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1343.
3. Venue lies in this Court under 28 U.S.C. § 1391 because the events occurred in Outagamie County, Wisconsin, within the Eastern District of Wisconsin.

### II. PARTIES

- Plaintiff: Kou Lee, Sui Juris, resident of Appleton, Wisconsin.
- Defendant Judge Vincent R. Biskupic: Presiding judge in criminal case 2024CM000025.
- Defendant ADA Elysia Beth Nguyen: Prosecutor in same case.
- Defendant Chuck M. Stertz: Outagamie County official.
- Defendant Probation Officer Samatha Hoffer: Enforcing unlawful probation conditions.
- Defendant Clerk(s) of Court – Outagamie County: Failed to docket filings.
- Defendant Officer Mulroy: Authored fabricated police report, absent at trial.
- Defendant Outagamie County: Municipality responsible under Monell.

## III. FACTUAL BACKGROUND

1. On January 9, 2024, Special Prosecutor Rodman W. Strectcher (State Bar #1091415) filed a criminal complaint with an electronic signature by Michael Velie. Neither individual appeared at trial or hearings (Exhibit A-1).
2. From September 2024 through April 2025, Plaintiff completed a 6-month VA MRT Domestic Violence Program (Exhibit A).
3. On May 12, 2025, Attorney Christine Heywood withdrew as counsel after submitting Plaintiff's VA completion certificate to the Court and ADA (Exhibit B).
4. At the same hearing, Plaintiff declared reservation of rights. Judge Biskupic forced Plaintiff to waive rights and proceed as "competent," violating due process (Exhibit B-1).
5. Plaintiff's jury trial occurred May 13–14, 2025. Subpoenaed witnesses, including alleged victim Mary Vang and officers, failed to appear. ADA Nguyen compelled Plaintiff into self-incrimination. Officer Mulroy's fabricated statement referenced a fictitious "Sara" as victim (Exhibits D, P, Q).
6. At sentencing on May 23, 2025, Judge Biskupic ignored VA program completion and referenced a dismissed prior DV case. He imposed probation and a no-contact order (Exhibit C).
7. On July 9, 2025, the Court of Appeals prematurely dismissed Plaintiff's appeal, ignoring Plaintiff's IFP filings (Exhibit E).
8. From July 14–22, 2025, Plaintiff mailed notarized affidavits and motions via certified mail. Clerks refused to docket (Exhibit F). On July 31, 2025, Plaintiff filed an affidavit to vacate contempt hearing, which was ignored (Exhibit F-1).
9. On August 18, 2025, Plaintiff met with Probation Officer Hoffer, provided VA completion certificate. Hoffer rejected it, ordered a duplicate "Thinking for Change" program, and threatened incarceration (Exhibits J, K).
10. Plaintiff incorporates by reference the attached Affidavit of Exhibits & Timeline (Exhibit 1).

## IV. CLAIMS FOR RELIEF

### Count I – Fifth Amendment (Self-Incrimination)

ADA Nguyen compelled Plaintiff into incriminating testimony during cross-examination, violating the Fifth Amendment (Malloy v. Hogan, 378 U.S. 1 (1964)).

### Count II – Sixth Amendment (Confrontation Clause)

Plaintiff was denied confrontation with subpoenaed witnesses, including Mary Vang and officers, violating Crawford v. Washington, 541 U.S. 36 (2004).

### Count III – Fourteenth Amendment (Due Process / Equal Protection)

Judge Biskupic ignored Plaintiff's VA completion, imposed duplicative probation and no-contact orders, and relied on a dismissed prior case.

### Count IV – Denial of Access to Courts

Clerks refused to docket filings and affidavits, obstructing appellate review (Bounds v. Smith, 430 U.S. 817 (1977)).

### Count V – Monell Liability (Outagamie County)
County customs allowed clerks to obstruct filings and permitted probation officers to impose unlawful duplicate requirements.

### Count VI – Due Process Violation (Dismissed Prior Case)
Sentencing relied on a dismissed DV case resolved via deferred prosecution (United States v. Tucker, 404 U.S. 443 (1972)).

### Count VII – Coercion & Threat of Incarceration (Probation Officer Hoffer)
On Aug. 18, 2025, Hoffer threatened incarceration if Plaintiff refused a duplicate program, arbitrary and coercive under color of law (County of Sacramento v. Lewis, 523 U.S. 833 (1998)).

### Count VIII – Fabricated Evidence & Confrontation Clause Violation (Officer Mulroy)
Mulroy authored a false police statement naming a fictitious "Sara." He failed to appear at trial despite subpoena. Statement was relied upon, violating the Confrontation Clause (Crawford v. Washington).

### Count IX – Corpus Delicti Violations & Fraud on the Court
No living injured party ever appeared or swore an affidavit. The State of Wisconsin, a corporate entity, was treated as "victim." Proceeding without corpus delicti violates due process and renders the case void (Wong Sun v. U.S., 371 U.S. 471 (1963); Hazel-Atlas Co. v. Hartford Co., 322 U.S. 238; U.S. v. Lopez, 514 U.S. 549). Exhibits R & S support this claim.

## V. PRAYER FOR RELIEF
Plaintiff respectfully requests that this Court:
1. Declare Defendants violated Plaintiff's constitutional rights.
2. Grant a TRO and preliminary injunction enjoining:
   - Enforcement of duplicate probation programming;
   - Enforcement of no-contact order;
   - Any incarceration for refusal of unlawful conditions.
3. Award compensatory and punitive damages.
4. Award costs and fees under 42 U.S.C. § 1988.
5. Grant further relief deemed just and proper.

## VI. JURY DEMAND
Plaintiff demands trial by jury on all issues triable.


Respectfully submitted,
Dated: August 18, 2025

_[signature]_ without prejudice

Kou Lee, Sui Juris
1835 E Edgewood Dr #105

Appleton, WI 54913

Phone: (715) 889-4026

Email: kouster645@hotmail.com

NOTARY JURAT

STATE OF WISCONSIN )

)  ss.

COUNTY OF OUTAGAMIE )

Subscribed and sworn to (or affirmed) before me on this 20 day of August, 2025, by Kou Lee, who is personally known to me or who provided satisfactory evidence of identity.

*Jennifer Kuether*

Notary Public – State of Wisconsin

My commission (expires/is): 04/28/2028